UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT'S ORGANICS, INC.,

    Plaintiff,

v.

GREG HOLZMAN, et al.,

    Defendants.

Case No. 19-cv-07477-PJH

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, DENYING MOTION FOR EXPEDITED DISCOVERY, AND GRANTING MOTION FOR PRESERVATION OF EVIDENCE**

Re: Dkt. No. 7

Albert's Organics, Inc.'s motions for a temporary restraining order, expedited discovery, and preservation of evidence came on for hearing before this court on November 27, 2019. Plaintiff appeared through its counsel, Dan Forman. Defendant TerraFresh Organics, LLC appeared through its counsel, Crystal Mothershead Gaudette. Defendants Greg Holzman, Steve Akagaki, and Jason Laffer appeared through their counsel, Jesse Berg and Stephen Henry. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby rules as follows, for the reasons stated at the hearing, and the following reasons.

With respect to plaintiff's motion for a temporary restraining order, the court DENIES the motion. First, plaintiff has entirely failed to demonstrate the requisite urgency to justify the extraordinary remedy it seeks.[1] Second, plaintiff has failed to meet

_____

[1] In fact, in view of plaintiff's explanation at the hearing as to the timing of its motion, and given the absence of any plausible reason for filing this emergency motion (originally requesting ex parte relief) on the Friday preceding Thanksgiving given its obvious ability to have done so much earlier, the court is left with the unavoidable suspicion that the

its burden of demonstrating it is likely to succeed on the merits of its first (Defend Trade Secrets Act, 18 U.S.C. § §1836, et seq.,), second (California Uniform Trade Secrets Act, California Civil Code §§ 3426, et seq.)), or third (breach of contract) cause of action, which underlie the motion. Plaintiff's motion for expedited discovery is also DENIED.

Plaintiff has additionally moved the court for an order requiring defendants to preserve all relevant evidence. The court finds the motion for preservation of evidence reasonable, and ALL PARTIES ARE HEREBY ORDERED to preserve all evidence that may be relevant to any of the claims or defenses in this action. That includes (but is not in any way limited to), customer lists and any other materials once in the possession of plaintiff that defendants may have retained after ending their employment with plaintiff.

## CONCLUSION

For the foregoing reasons, plaintiff's motion for a temporary restraining order is DENIED. Plaintiff's motion for expedited discovery is DENIED. Plaintiff's motion for an order to preserve evidence is GRANTED as explained above, and it shall apply to all parties to this action.

**IT IS SO ORDERED.**

Dated: November 27, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

---

motion was timed so as to abuse the resources of this court in an effort to impose an unnecessarily-urgent burden on defendants. Such an abuse of this court's resources would, of course, be improper, and the court cautions Mr. Forman against engaging in any type of procedural gamesmanship in this action.