# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** March 4, 2020 (Time: 18 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** 19-cv-07477-PJH
**Case Name:** Albert's Organics, Inc. v. Holzman et al

**Attorney(s) for Plaintiff:**     Dan Forman
**Attorney(s) for Defendant:**   Stephen Henry for Holzman, Akagaki, and Laffer
                                 Crystal Gaudette for Terrafresh

**Deputy Clerk:** Kelly Collins       **Court Reporter:** Raynee Mercado

### PROCEEDINGS

Motion to Dismiss Complaint Hearing – Held. The Court takes the matter under submission.

**Order to be prepared by:**   [] Pl  [] Def  [X] Court

**Notes:**

**cc:** chambers