UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ALBERT'S ORGANICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREG HOLZMAN, et al., <br><br> Defendants. | Case No. 19-cv-07477-PJH (LB) <br><br> **DISCOVERY ORDER** <br><br> Re: ECF No. 65 |

The district judge referred plaintiff's motions to compel to the undersigned. Order of Reference – ECF No. 65. The court denies the motions without prejudice and orders the parties to comply with the dispute procedures in the undersigned's standing order (attached). The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: February 17, 2021

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 19-cv-07477-PJH (LB)